**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1056

LENDORA GILCHRIST,

Plaintiff - Appellant,

v.

PARTH'S INCORPORATED, d/b/a/ Comfort Inn; ALPHA PARMAR,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.   J. Michelle Childs, District Judge.  (4:10-cv-03034-JMC)

Submitted:  May 31, 2012                    Decided:  June 5, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lendora Gilchrist, Appellant Pro Se.   Arthur Edward Justice, Jr., Joseph Jakob Kennedy, TURNER PADGET GRAHAM & LANEY, PA, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lendora Gilchrist appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gilchrist v. Parth's Inc., No. 4:10-cv-03034-JMC (D.S.C. Dec. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2